FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 31  P 12: 01

LORETTA G. WHYTE
CLERK

USA NO. 1999Z00837

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0152 |
| WANDA A. ROUZAN | * | SECTION: "E" (1) |

\* \* \*

### MOTION FOR ENTRY OF DEFAULT

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America and moves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for entry of default against Wanda A. Rouzan, due to her failure to plead or otherwise defend as set forth below.

1.    On January 21, 2000, a Notice of Lawsuit and Request for Waiver of Service for Summons, a Waiver of Service of Summons and a copy of the complaint were mailed to the defendant.  On February 8, 2000, the Waiver of Service of Summons was filed in this court.

DATE OF ENTRY

APR 0 4 2000

___Fee_____
___Process_____
_X__Dktd_____
___CtRmDep_____
___Doc.No._____

- 2 -

2.    More than 60 days have elapsed since the defendant was mailed the above-referenced documents, and the defendant has not filed an answer or other responsive pleading.

Accordingly, a default should be entered against Wanda A. Rouzan, due to her failure to plead or otherwise defend.

Respectfully submitted,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

ENEID A. FRANCIS
Assistant United States Attorney
Bar Roll No. 5816
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone:  (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     *       CIVIL ACTION

       v.                      *       NO. 00-0152

WANDA A. ROUZAN          *       SECTION: "E" (1)

                       *     *     *

O R D E R

     IT IS HEREBY ORDERED that a default be entered against Wanda A. Rouzan, due to her failure to plead or otherwise defend.

     New Orleans, Louisiana, this _____3RD_____ day of _____April_____, 2000.

_____
LORETTA G. WHYTE
CLERK, UNITED STATES DISTRICT COURT

BY: _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          *        CIVIL ACTION

        v.                        *        NO. 00-0152

WANDA A. ROUZAN                   *        SECTION: "E" (1)

                        *      *      *

D E C L A R A T I O N

I, ENEID A. FRANCIS, do declare and state that:

1.    I am an Assistant United States Attorney for the Eastern District of Louisiana.

2.    I am the attorney of record for the United States of America in the above-captioned action.

3.    Defendant was mailed a Notice of Lawsuit and Request for Waiver of Service for Summons, a Waiver of Service of Summons and a copy of the complaint on January 21, 2000.  On February 8, 2000, the Waiver of Service of Summons was filed in this court.

4.    More than 60 days have elapsed since the date on which the defendant was mailed the above-referenced documents, and defendant has not filed an answer or other responsive pleading.

I declare under penalty of perjury that the foregoing is true and correct.

New Orleans, Louisiana, this 31st day of March, 2000.

_____
ENEID A. FRANCIS
Assistant U.S. Attorney
Bar Roll No. 5816