**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR -4  A  9 54

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ★ | **CIVIL ACTION** |
| **v.** | ★ | **NO. 00-0152** |
| **WANDA A. ROUZAN** | ★ | **SECTION:  "E" (1)** |
| | ★    ★ | ★ |

## J U D G M E N T

Defendant, Wanda A. Rouzan, was served with the summons and complaint and failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired, and a default has been entered against Wanda A. Rouzan, according to law. Therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that there be judgment in favor of the United States of America and against Wanda A. Rouzan, in the sum of $5,098.65, plus interest accruing on principal amount at the rate of 8 percent per annum or the daily rate of $0.64 from December 2, 1999, to date of judgment, and interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961, and the costs of this proceeding.

New Orleans, Louisiana, this _3rd_ day of _APRIL_, 2000.

LORETTA G. WHYTE
CLERK, UNITED STATES DISTRICT COURT

BY: _____
DEPUTY CLERK

DATE OF ENTRY
**APR 0 4 2000**

Fee _____
Process _____
X  Dktd _____
___ CtRmDep _____
Doc.No. _____