

```
            FILED
      U.S. DISTRICT COURT
    EASTERN DISTRICT OF LA

    2002 DEC 12  AM 8:44

     LORETTA G. WHYTE
            CLERK
```

**MINUTE ENTRY**
**MOORE, M.J.**
**December 11, 2002**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0152** |
| **WANDA A. ROUZAN** | * | **SECTION: "E"** |

### HEARING ON MOTIONS

APPEARANCE(S):   Ms. Kandace Zelaya, Assistant United States Attorney for the Government

MOTION(S):

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

Assistant United States Attorney Kandace Zelaya appeared before the court on the above captioned motion. However, the judgment debtor failed to appear. The record reveals that the judgment debtor, Wanda A. Rouzan, was personally served the motion and order to examine the judgment debtor by a deputy of the United States Marshals Service. Therein, the judgment debtor was ordered to appear on December 11, 2002, at 11:00 a.m. in Room 407 of the Hale Boggs Federal Building. The government, therefore, indicated that it will prepare and submit a motion for issuance of a writ of capias for the arrest of Wanda A. Rouzan for failure to appear at the scheduled judgment debtor examination.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
DEC 12 2002

Fee____
Process__
X Dktd__
  CtRm__
Doc. No. 10