FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 DEC 19  PM 4: 46

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**MOORE, M.J.**
**December 18, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0152** |
| **WANDA A. ROUZAN** | * | **SECTION: "E"** |

### HEARING ON MOTIONS

APPEARANCE(S):    Ms. Kandace Zelaya, Assistant United States Attorney for the Government

Wanda A. Rouzan, In Proper Person

MOTION(S):

(1)    MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

The government's prior request  for a writ of capias is withdrawn.

The judgment debtor was sworn before the court.  Thereafter, Ms. Rouzan was ordered to appear before the Assistant U.S. Attorney or members of her staff to conduct the judgment debtor examination.  Subsequently, Ms. Alice Jefferson, Debt Collection Agent from the U. S. Attorney's Office informed the court that the judgment debtor examination has been **SATISFIED**.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
DEC 2 0 2002

_____ Fee _____
_____ Process _____
X Dktd _____
_____ CtRmDep _____
_____ Doc. No. _____