

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Louisiana*

---

*Financial Litigation Unit*          *Hale Boggs Federal Building*          *Telephone : (504) 680-3000*
                                     *500 Poydras Street, Second Floor*     *Fax : (504) 589-3602*
                                     *New Orleans, LA  70130*

November 2, 2007

Loretta G. Whyte
Clerk, United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

      Re:    United States v. Wanda A. Rouzan
               Civil Action No. 00-0152 "E"

Dear Mrs. Whyte:

      The judgment rendered against the defendant in the above-referenced case has been satisfied. Please mark the docket sheet "satisfied" and provide this office with two Satisfaction of Judgment forms.

      Your assistance is appreciated.

                            Very truly yours,

                            JIM LETTEN
                            UNITED STATES ATTORNEY

                            STEVENS E. MOORE
                            Assistant United States Attorney